UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CCH ASSOCIATES, LLC, et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>DATASCOPE CORP.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:08-cv-3313-TCB |

## J U D G M E N T

This action having come before the court, the Honorable Timothy C. Batten, Sr., United States District Judge, on the Court's order of February 23, 2009, directing plaintiffs to show cause why the complaint should not be dismissed for failure to effectuate service of process and no response having been received, it is

**Ordered and Adjudged** that the action be **dismissed** without prejudice for failure to effectuate service of process pursuant to LR 41.2(B), NDGa.

Dated at Atlanta, Georgia this 13th day of March, 2009.

                                    JAMES N. HATTEN
                                    CLERK OF COURT


                            By: s/ Amy Cash
                                Deputy Clerk

Prepared & Filed
In the Clerk's Office
    March 13, 2009
James N. Hatten
Clerk of Court

By:    s/ Amy Cash
        Deputy Clerk